### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENZABAR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CASE WESTERN RESERVE UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-12014-RGS<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jenzabar, Inc. ("Jenzabar") hereby dismisses this action with prejudice, without costs, and without attorneys' fees.

JENZABAR, INC.

By its attorneys,

*/s/ Matthew P. Ritchie*
Matthew P. Ritchie (BBO# 670051)
Liam T. O'Connell (BBO# 558249)
Sa'adiyah K. Masoud (BBO# 659078)
Nutter McClennen & Fish LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000
mritchie@nutter.com
loconnell@nutter.com
smasoud@nutter.com

Dated: February 7, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on February 7, 2019.

                                        */s/ Matthew P. Ritchie*
                                        Matthew P. Ritchie

4398141